1

**JS-6**

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| | Case No. 8:18-CV-01718 (VEB) |
| SUILEN BRYANT-BILAL, | |
| Plaintiff, | JUDGMENT |
| vs. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

10

11

12

13

14

15

16     For the reasons set forth in the accompanying Decision and Order, it is hereby

17 ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding

18 the case for further proceedings is DENIED; (2) the Commissioner's request for an

19 order affirming the Commissioner's final decision and dismissing the action is

20

1

1  GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

2  of the Court shall CLOSE this case.

3

4       DATED this 22nd day of May 2020,

5

6                          /s/Victor E. Bianchini
                           VICTOR E. BIANCHINI
7                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

JUDGMENT – BRYANT-BILAL v SAUL 8:18-CV-01718-VEB